# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

Raul Gonzalez-Armenta,

                Defendant.

Case No. 18CR5496-GPC

JUDGMENT OF DISMISSAL

**FILED SEP 20 2019**
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

__ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or

**X** a jury has been waived, and **the Court has found the defendant not guilty;** or

__ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Indictment/Information:

    8:1325 – Unlawful Entry by an Alien (Misdemeanor)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 9/19/2019

                                      Hon. Gonzalo P. Curiel
                                      United States District Judge